# Court of Appeals
# of the State of Georgia

ATLANTA,   August 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1331. COSGROVE v. THE STATE.**

This appeal was docketed on March 20, 2014. As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal unless extended upon motion for good cause shown. On April 3, 2014, appellant's attorney filed a motion for extension of time in which to file an enumeration of errors and brief, and by order dated April 4, 2014, the Court granted an extension until May 9, 2014. Appellant's attorney has neither filed a brief or enumeration of errors on Cosgrove's behalf nor timely requested a further extension of time in which to do so. Appellant filed a pro se brief in this Court on April 14, 2014. Because Appellant is represented by counsel, however, she has no right to represent herself on appeal or to raise claims of error on her own behalf. See *Hawkins v. State*, 267 Ga. 124, 125 (3) n. 2 (475 SE2d 625) (1996); *Sapeu v. State*, 222 Ga. App. 509 (1) (474 SE2d 703) (1996).

Accordingly, this appeal is DISMISSED because appellant's attorney failed to file a brief and enumeration of errors. If appellant has decided not to appeal, no further action is required. However, if appellant wishes to proceed with the appeal, she may have the right to an OUT-OF-TIME APPEAL provided she exercises that right by moving for an out-of-time appeal in the trial court. If the motion for an out-of-time appeal is granted and appellant requests another attorney but cannot pay, the trial court is to appoint another attorney to proceed with the appeal. If the trial court

denies the motion for an out-of-time appeal, appellant may appeal that denial to this Court within 30 days of the trial court's decision. *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 08/08/2014
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*